UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOREN CHARLES JANOSKY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:08-00104 |
| ) | JUDGE HAYNES |
| ) | |
| STATE OF TENNESSEE, et al., ) | |
| ) | |
| Respondent. ) | |

## MOTION TO SUBSTITUTE PARTY

Pursuant to Fed.R.Civ.P. 25(d)(1), Petitioner Loren Charles Janosky respectfully requests that this Court enter an order substituting Jim Morrow for State of Tennessee as Respondent. In support thereof, Mr. Janosky shows:

1. In this habeas corpus proceeding, the proper Respondent is the current Warden of the prison where the State confines Mr. Janosky, the Southeastern Tennessee State Regional Correction Facility (STSRCF), 1045 Horsehead Road, Pikeville, Tennessee, 37367. See 28 U.S.C. § 2242.

2. As of the date of this motion, the Tennessee Department of Correction Web Site identifies Jim Morrow as the current Warden of STSRCF.

WHEREFORE, Petitioner Loren C. Janosky respectfully requests that this Court:

1. Substitute Jim Morrow for State of Tennessee as Respondent in this proceeding; and

2. Order such other relief as this Court deems just.

Respectfully submitted,

/s/ Jude T. Lenahan
JUDE T. LENAHAN, BPR #3759
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Because this Court has not ordered the Respondent to Answer or otherwise respond to Mr. Janosky's amended or *pro se* habeas petitions, there will be no service of this motion. See Rule 4 of the Rules Governing Section 2254 Cases.

/s/ Jude T. Lenahan
JUDE T. LENAHAN