UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOREN CHARLES JANOSKY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:08-00104 |
| ) | JUDGE HAYNES |
| ) | |
| STATE OF TENNESSEE, et al., ) | |
| ) | |
| Respondent. ) | |

## MOTION TO SUBSTITUTE PARTY

*[Handwritten annotation: ORDER, This motion is GRANTED. /s/ 2-18-10]*

Pursuant to Fed.R.Civ.P. 25(d)(1), Petitioner Loren Charles Janosky respectfully requests that this Court enter an order substituting Jim Morrow for State of Tennessee as Respondent. In support thereof, Mr. Janosky shows:

1. In this habeas corpus proceeding, the proper Respondent is the current Warden of the prison where the State confines Mr. Janosky, the Southeastern Tennessee State Regional Correction Facility (STSRCF), 1045 Horsehead Road, Pikeville, Tennessee, 37367. See 28 U.S.C. § 2242.

2. As of the date of this motion, the Tennessee Department of Correction Web Site identifies Jim Morrow as the current Warden of STSRCF.