# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LOREN CHARLES JANOSKY | ) |
| | ) |
| v. | ) No. 3:08-00104 |
| | ) JUDGE HAYNES |
| STATE OF TENNESSEE, et al | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Through counsel, petitioner Loren Charles Janosky requests that the Court allow him to file, under seal, the Amended Complaint for Writ of Habeas Corpus filed as D.E. 19 in this case. Counsel has discussed this matter with Brent Cherry, Senior Counsel, Office of the Attorney General, and he has no opposition to this motion.

In support of this motion to file the reports under seal, Loren Charles Janosky, would show the following: The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order No. 167 at § 5.07 requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal. In this case, the document to be filed under seal contains sensitive and confidential information, and counsel therefore requests that this item be placed under seal.

Respectfully submitted,

  s/ *Jude T. Lenahan*
JUDE T. LENAHAN
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

    I hereby certify that on March 11, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Tennessee Attorney General's Office, 425 Fifth Avenue North, Second Floor, Cordell Hull Building, Nashville, Tennessee 37243-0493.

                                            /s/ Jude T. Lenahan
                                            **JUDE T. LENAHAN**