IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LOREN CHARLES JANOSKY, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | NO. 3:08-0104 |
| | ) | JUDGE HAYNES |
| TONY PARKER, Warden, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Upon review of the file, an amended petition has been filed. The Clerk shall serve a copy of that petition (Docket Entry No. 19) upon Respondent. It is **ORDERED** that within thirty (30) days of this Order the Respondent file a response to the amended petition in accordance with Rule 5 of the Rules Governing Actions under 28 U.S.C. § 2254.

It is so **ORDERED**.

**ENTERED** this the ___ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge