# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| LOREN C. JANOSKY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:08-cv-104 |
| | ) | Judge Haynes |
| TONY PARKER, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION FOR EXTENSION OF TIME TO
## FILE RESPONSE TO AMENDED PETITION

The respondent respectfully requests an additional 30 days to file a response to the amended petition. By order filed November 17, 2010, this Court directed the respondent to file a response to the amended petition within 30 days. (Docket Entry No. 24.) Following the filing of that order, the case was reassigned to undersigned counsel, who then received a copy of the amended petition from opposing counsel. Undersigned counsel also requested and received relevant state court records on this case; however, undersigned counsel has not yet been able to review those records and the amended petition and complete a proper response for filing. As such, the respondent must request an additional 30 days to file a response to the amended petition.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General and Reporter


/s/ John H. Bledsoe
JOHN H. BLEDSOE
Senior Counsel
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-4351
BPR No. 19300


## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been forwarded by the Court's electronic notification system to: Jude Thaddeus Lenahan, Federal Public Defender's Office, 810 Broadway, Suite 200, Nashville, TN 37203 on the 17th day of December, 2010.


/s/ John H. Bledsoe
JOHN H. BLEDSOE
Senior Counsel