IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LOREN CHARLES JANOSKY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-cv-00104 |
| | ) | Judge Haynes |
| JIM MORROW, WARDEN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

*Granted. This motion is*
*GRANTED.* ~~J. Haynes~~

*2-11-11*

## MOTION TO STRIKE PARTIES AND TO SUBSTITUTE COUNSEL

By order filed February 18, 2010, this Court substituted Warden Jim Morrow as

the proper respondent to this action, and the State of Tennessee was terminated as a

respondent. (Docket Entry No. 21.) For the same reasons, former Attorney General

Paul Summers and Warden Tony Parker should be stricken as respondents to this

action, leaving Warden Jim Morrow as the sole respondent.

By order filed November 30, 2010, this Court allowed Associate Deputy Attorney

General Jennifer L. Smith leave to withdraw as counsel for Warden Tony Parker.

(Docket Entry No. 31.) For the same reasons, General Smith should be removed as

counsel for former Attorney General Paul Summers and Warden Jim Morrow, leaving

John H. Bledsoe as the sole counsel for the respondent Warden Jim Morrow.